UNITED STATES of America,
Plaintiff–Appellee,

v.

Areli VENCES–NAVARETTE, a.k.a. Nestor Garcia–Lopez, a.k.a. Roberto Lopez–Pena, a.k.a. Nestor Lopez–Pompa, a.k.a. Rudy Martinez–Lopez, a.k.a. Raul Vences–Nava, a.k.a. Nestor Vences–Navarette, Defendant–Appellant.

No. 13–10556.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Oct. 1, 2014.

Brandon C. Jaroch, USDA–Office of the U.S. Attorney, Dallas, TX, Robert A. Bork, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Nisha Brooks, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office Las Vegas, Las Vegas, NV, Defendant–Appellant.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Areli Vences–Navarette appeals from the district court's judgment and challenges the 48–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vences–Navarette contends that his above-Guidelines sentence is substantively unreasonable because the 18 U.S.C. § 3553(a) sentencing factors supported the imposition of a within-Guideline sentence. The district court did not abuse its discretion in imposing Vences–Navarette's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the section 3553(a) sentencing factors and the totality of the circumstances, including Vences–Navarette's extensive criminal and immigration history. *See id.*

**AFFIRMED.**

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.